Michael Taraska
4125 N. 7th Street
Phoenix, Arizona 85014
(602) 400-5885
taraska@gmail.com



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KWEN BRENNAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>vs.<br><br>NEW 4125 LLC d/b/a SCORES PHOENIX; 4125 LLC; CHEETAH OPERATIONS, LLC, and MICHAEL TARASKA, individually<br><br>Defendants. | NO.  CV-18-1717-PHX-MHB<br><br>**MICHAEL TARASKA'S ANSWER – and – COUNTERCLAIM FOR INTENTIONAL INTERFERENCE WITH CONTRACT OR BUSINESS EXPECTANCY**<br><br>(JURY TRIAL DEMANDED) |
| MICHAEL TARASKA, individually,<br><br>Counter-Claimant,<br><br>vs.<br><br>KWEN BRENNAN, individually and on behalf of all others similarly situated,<br><br>Counter-Defendants. | |

**ANSWER**

Plaintiff Michael Taraska ("Taraska") hereby answers plaintiffs' complaint as follows:

1. DENIES #1 of the Complaint;

2. Is without sufficient information to admit or deny #2 through #9 and as such hereby DENIES #2 through #9;

3. DENIES #10;

4. Is without sufficient information to admit or deny #1 through #14 and as such hereby DENIES #11 through #14;

5. DENIES #15;

6. Is without sufficient information to admit or deny #16 through #18 and as such hereby DENIES #16 through #18;

7. DENIES #19 through #100;

8. DENIES #101 and asks this Court to enter judgment in favor of Taraska with plaintiffs receiving nothing.

**COUNTER-CLAIM**

I.    <u>Interference with Contract or Business Expectancy</u>

1. Counter-Claimant Taraska incorporates all of the paragraphs set forth above herein by this reference;

2. Taraska had a contract and/or business expectancy with the Corporate Defendants;

2

3. KWEN and the similarly situated Plaintiff knew about the contract or business expectancy

4. KWEN and the Plaintiffs similarly situated have intentionally interfered with the contract and business expectancy between Taraska and NEW 4125 LLC d/b/a SCORES PHOENIX; 4125 LLC; CHEETAH OPERATIONS, LLC ("the Corporate Defendants");

5. The Corporate Defendants have terminated the contract with Taraska and terminated the business expectancy with Taraska by firing Taraska from his position of General Manager and monetarily damaging Taraska and by depriving him of other economic benefits previously derived as General manager of the Corporate Defendants;

6. The Corporate Defendants' conduct was improper;

7. The Corporate Defendants have informed Taraska that they will file a Third-party Complaint against Taraska in this action when and if they Answer the Complaint;

8. Taraska has informed the Corporate Defendants that he will file a Counter-Claim to the Third-party Compliant for Wrongful Termination of Employment if the Corporate Defendants sue Taraska for contribution and/or as the party responsible for the false allegations made by the Plaintiffs.

9. Taraska has suffered the loss of net profit and economic benefit that he would have received had the contract and/or business expectancy been performed and not terminated.

3

10. Taraska has suffered damage to his reputation and emotional suffering sustained as a result of the intentional acts of the Plaintiffs.

11. WHEREFORE TARASKA ASKS THIS COURT TO ENTER JUDGMNET IN HIS FAVOR FOR COMPENSATORY AS WELL AS PUNITIVE DAMAGES against Defendant KWEN and all other similarly situated Plaintiff; for costs and any attorneys fees that may be incurred by Taraska in this action; for interest on such judgment and for any and all further relief that this Court deems proper.

Respectfully Submitted this __17th__ day of September, 2018.

By _____
Michael Taraska
Defendant and Counter-Claimant in pro per

Original filed with the Court and
A Copy mailed this __17__ day
of September, 2018 to:

Galvin Kennedy
Kennedy Hodges, LLP
4409 Montrose, #200
Houston, Texas   77006

4125 Wages ACC 9.17.18

4