# Samantha Rodriguez

| | |
|---|---|
| **From:** | Mike Taraska <taraska@gmail.com> |
| **Sent:** | Friday, October 26, 2018 12:46 PM |
| **To:** | Samantha Rodriguez |
| **Cc:** | Gabriel Assaad; Phil Whitaker |
| **Subject:** | Re: Kwen Brennan |

Samantha,

   I/we only received two duplicate letters with the Notices as reflected in my prior email. The two Priority Mail pieces received reflect tracking numbers on the two packages ending in 2243 78 (which matches one of your two receipts emailed to me) delivered on October 20, 2018 and 2243 61 (which doesn't match the other receipt you emiled to me for the package you say was delivered on October 19, 2018 - ending in 1200 679). Do you have a receipt for package 1200 679? If so, please forward that to me. How many pieces of mail did you send with regard to your Notices and Response ?

   Regarding the courtesy copy of KWEN BRENNAN'S RESPONSES TO MANDATORY INTIAL DISCOVERY REQUESTS, **it is completely devoid of any meaningful evidence of anything.** It's obviously a "cookie cutter" response that your firm is used to sending out in all of it's attempted lawsuits hoping for "low hanging fruit" . Your ENTIRE Response basically states that you have no information or any facts to support your client's claim and that all information is allegedly known by Defendants.

   I told you previously, all of the Defendants including myself an all of the management of the Defendants HAVE NO KNOWLEDGE of Kwen Brennan and a fortiori, have no knowledge that she ever worked in any capacity a SCORES. I asked you for her "dance name". You haven't even provided me with that. I asked you to send a picture of her (possibly from her license or dancer i.d., or otherwise) so that the persons involved on the Defense side of this bogus lawsuit can see if they recognize her and you haven't provided that. None of the "payroll information an other records" of any sort reflected in your Response to Request 3 have any information regarding your client. You haven't disclosed any emploent applications, dancer applications, independent contractr cntracts that all dancers execute upon being hred, etc.... She never worked at SCORES.

   Please provide me with ANY documentation reflecting that Kwen Brennan ever stepped foot on the property at 4125 North 7th, Street in Phoenix, Arizona. A background check was recently done on your client and it appears she lists as her Arizona residence a Public Library on Madison Street. Is this true? Have you even checked that? Is she a homeless person?

   Since you have refused to provide me with this basic information, I will review any and all "documentation" subsequently provided and probably newly manufactured by your client with skepticism. I am also considering wht sanctions against your firm I now have available.

   Please respond.

   Mike Taraska