Gabriel A. Assaad (Admitted *pro hac vice*)
gassaad@kennedyhodges.com
KENNEDY HODGES, LLP
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
Texas State Bar No. 24076189
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwen Brennan, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>New 4125 LLC d/b/a Scores Phoenix, 4125 LLC, Cheetah Operations, LLC, and Michael Taraska, Individually,<br><br>Defendants. | Case No. 2:18-cv--01717-PHX-DJH<br><br>**Declaration of Plaintiff's Counsel in Support of Plaintiff's Response to Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement** |

## DECLARATION PURSUANT TO 28 U.S.C. 1746

Pursuant to 28 U.S.C. 1746, the undersigned declares as follows:

1. I, Samantha Rodriguez, am an attorney for Kwen Brennan, individually and on behalf of all others similarly situated in the above entitled action.

2. I submit this declaration in support of Plaintiff's Response to Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement. Unless otherwise stated,

the facts set forth herein are based upon my personal knowledge, information, and belief.

3. Attached as Exhibit A is a true and correct copy of a correspondence from Michael Taraska to Plaintiff's Counsel dated September 19, 2018.

4. Attached as Exhibit B is a true and correct copy of a declaration submitted by Plaintiff Kwen Brennan.

5. Attached as Exhibit C1-C7 are true and correct copies of a text message exchange between Plaintiff and an employee of Scores, Jason.

I declare under penalty of perjury that the foregoing is true and correct.

February 28, 2019

/s/Samantha Rodriguez
Samantha Rodriguez