# MIKE TARASKA  J.D., LLM
4125 N 7th Street, Phoenix   Arizona 85014

---

Ph. (602) 400-5885     Fax (602) 265-7102     taraska@gmail.com

September 19, 2018

Gavin Kennedy
Kennedy Hodges, LLP
4409 Montrose, #200
Houston, Texas  77006

Re: **Kwen Brennan v. Michael Taraska; New 4125 LLC; et al.**

<u>Sent by Email Only</u>
gkennedy@kennedyhodges.com
whogg@kennedyhodges.com

Gavin,

   I previously occupied the position of general manager of 4125 LLC. As a result of your frivolous lawsuit titled above, that position was terminated. I filed an Answer and Counter-Claim to your Complaint and mailed you a copy on September 17, 2018. I am forwarding a courtesy copy of that filing with this email. I still maintain an office address as the managing member of 4125's landlord at the club's location.  PLEASE EMAIL ME ANY FURTHER FILINGS TO taraska@gmail.com and mail/deliver any hard copies to the attention of:  Mike Taraska 4125 N. 7th Street, Phoenix, Arizona 85014. I have copied by email, Peter Homenick (the business owner through his companies) and Jamie Ladman- General Operations Manager.

   4125 LLC is in breach of its 10 year October 1, 2004 lease which has continued under the terms of the lease on a month to month basis since approximately four (4) years ago. The landlord and certain individuals have numerous security interests in the liquor license utilized at the location as well as automatic provisions under the lease for immediate forfeiture of the liquor license upon notice of default.

   You will recover NOTHING under your lawsuit even assuming you obtain a judgment, which you will not. I will be preparing all of the legal filings and work product for the LLC's lawyer when and if one is needed. It will only cost 4125 a <u>tiny fraction</u> of attorneys' fees that would otherwise be necessary and a factor in the type of economic

1

extortion lawsuit brought by your firm. In addition, I have been informed that 4125 will be seeking attorneys' fees under Arizona statutory law as well as seeking sanction for your failure to adequately research the facts underlying your claims. I have dealt with numerous lawsuits of this nature over the past 20 years that I have been involved in as an owner, landlord, manager and employee of the clubs located at the 4125 N. 7th Street location. You and your firm apparently specialize in what you perceive to be "low hanging fruit" claims. That is not the case here. This matter will be litigated vigorously and you will receive nothing for your time. My estimate is that as a result of my personal efforts I will cause you to expend in excess of two hundred thousand dollars ($200,000) of your billable time as well as costs pursuing this matter. 4125 LLC recently terminated its two year initial term licensing relationship with SCORES Licensing Corp. and no longer has an affiliation with them under threats to also sue.

Here is an excerpt from a recent brief I filed and prevailed on in Superior Court regarding the disgusting nature of lawyers "trying to find work" exemplified further in the litigation you have brought:

"[t]he reality among the 1.34 MILLION lawyers in America[1] that now compete for a means to earn a living [is evident].
When you subtract the 107,965,100 people [under the age of 25 (78,150,300) who would typically be under the age of law school graduates and the over the age of 65 (29,814,800) retired or close to retirement individuals] there is one lawyer for every 158 people in America. By contrast, according to the National Waste and Recycling Association, as of August 2014 there were 382,500 garbage men in America. In other words, there are more than three (3) times as many lawyers in America as garbage men[2].

Defendants' counsel, [deleted], just because they are employed as lawyers, should be accorded no more or less respect than any other employed person in America. They are lying. Again".

Being a "lawyer" and practicing as a "profession" is accorded less respect in today's U.S. society than a used car salesman.

If you think the filing of your "claim" is going to be easy, think again. Google me. You are in for a huge fight and several contractual relationships are in place as a result of loans, the landlord-tenant relationship and corporate obligations. You will get nothing in the end, irrespective of your efforts and outcome of any determination of liability. I look

---

[1] U.S. Statistics: STATISTA at https://www.statista.com/statistics/740222/number-of-lawyers-us/
[2] The median salary for a garbage man in America is currently $35,270 with the upper echelon earning approximately $60,500 per year. See Money.USNews.co.

2

forward to the deposition of Plaintiff Kwen Brennan. Can you please email me her stage name since I have not been able to locate her information.

I have been credibly informed that the Defendants intend to file a Third-Party Complaint against me personally for any contribution or third-party liability allegedly resulting from my previous position as General Manager. When that happens, I will be filing a Counter-Claim against them and will be fully participating in this case until it is resolved. Prior to my position as General Manager being terminated, I received by mail at the 4125 business address copies of a SUMMONS (unexecuted proof of service); PLAINTIFF'S ORIGINAL COLLECTIVE AND CLASS ACTION COMPLAINT (sans a case number); a CIVIL COVER SHEET; NOTICE TO PARTIES – MANDATORY INITIAL DISCOVERY PILOT PROJECT; and the GENERAL ORDER 17-08 for the following Defendants: 1. Michael Taraska; 2. New 4125 LLC d/b/a/ Scores Phoenix; 3. and Cheetah Operations, LLC. I did not receive (nor did the club receive) the previously set forth filings for 4125 LLC. Please verify the above. Has the Summons and Complaint been served?

If you intend to go forward, please keep me advised of your course of action and provide me with written notice of all filings now that I have made an appearance.

Mike Taraska

S ltr 9.19.18

bc: Peter Homenick
    Jamie Ladman

bcc