IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwen Brennan, Individually and on Behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>New 4125, LLC d/b/a Scores Phoenix, 4125 LLC, Cheetah Operations, LLC, and Michael Taraska, Individually,<br><br>    Defendants. | No. 2:18-CV-01717-DWL<br><br>**KWEN BRENNAN'S DECLARATION** |

## **DECLARATION PURSUANT TO 28 U.S.C. 1746**

Pursuant to 28 U.S.C. 1746, the undersigned declares as follows:

1. My name is Kwen Brennan. I am of sound mind, at least eighteen (18) years of age and capable of making this statement. The facts contained within this declaration are within my personal knowledge and I swear under penalty of perjury that the statements made in this declaration are true and correct:

2. I am a former employee of New 4125 d/b/a Scores Phoenix, 4125. LLC, and Cheetah Operations ("Scores"). I worked at the Scores club located in Phoenix, Arizona.

3. I worked as an exotic dancer for Scores from approximately December 2017-April 2018. Some of the dates I worked as a dancer was on December 8, 2017, January 1, 2018, January 2, 2018, January 9, 2018, January 10, 2018 and April 15, 2018.

4. While employed at Scores, I was paid exclusively through tips from the customers. Scores did not pay me minimum wage for any hours worked.

5. My stage name while working at Scores was Kennedy.

6. Scores did not keep accurate records of my employment.

7. Attached as Exhibit C are true and correct copies of a text message exchange between myself and Scores employee ("floor manager") Jason.

I declare under penalty of perjury that the foregoing is true and correct.

2/28/2019
DATE

DocuSigned by:
kwen Brennan
8883AD7413B84E1...
KWEN BRENNAN