Michael Taraska
4125 N. 7th Street
Phoenix, Arizona 85014
(602) 400-5885
taraska@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KWEN BRENNAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>vs.<br><br>NEW 4125 LLC d/b/a SCORES PHOENIX; 4125 LLC; CHEETAH OPERATIONS, LLC, and MICHAEL TARASKA, individually<br><br>Defendants. | NO. CV-18-1717-PHX-DWL<br><br>**MICHAEL TARASKA'S ANSWER TO PLAINTIFF'S SECOND AMEDED COLLCTIVE AND CLASS ACTIN COMPLAINT** |
| MICHAEL TARASKA, individually,<br><br>Counter-Claimant,<br><br>vs.<br><br>KWEN BRENNAN, individually and on behalf of all others similarly situated,<br><br>Counter-Defendants. | |

1

MICHAEL TARASKA hereby Answers as follows:

1. Denies paragraph 1;

2. Plaintiffs allege at paragraphs 2, 3, 4, 5 and 6 legal conclusions and as such, they are denied;

3. There is no "7";

4. Denies paragraphs 8-11;

5. Plaintiffs allege at paragraphs 18-38 legal conclusions and as such, they are denied;

6. Denies paragraphs 39-54;

7. Admit paragraph 55;

8. Denies paragraphs 56-58;

9. Plaintiffs allege at paragraphs 59-81 legal conclusions and as such, they are denied;

10. Plaintiffs allege at paragraphs 82-92 legal conclusions and as such, they are denied;

11. Denies paragraphs 92-128.

Respectfully Submitted this 29th day of May, 2019.

By _____
Michael Taraska
Defendant in pro per

2

## CERTIFICATE OF SERVICE

This is to certify that on May 29, 2019 the original MICHAEL TARASKA'S ANSWER was served upon all parties by first class U.S. Postal service to wit: TO PLAINTIFF'S SECOND AMENDED COLLECTIVE CLSS ACTION COMPLAINT

Gabriel A. Assaad
Kennedy Hodges, LLP
4409 Montrose, #200
Houston, Texas 77006
(Plaintiff's counsel)

Philip Whitaker, Esq.
STEGALL, KATZ & WHITAKER, P.C.
531 East Thomas Road, Suite 102
Phoenix, Arizona 85012
Attorneys for Defendants New 4125 LLC; 4125 LLC; Cheetah Operations, LLC

/s/
-----------------
4125 Wages MT A 5.29.19

3