Philip B. Whitaker (011765)
**STEGALL KATZ & WHITAKER, P.C.**
531 East Thomas Road, Suite 102
Phoenix, Arizona  85012
Telephone:  (602) 241-9221
Facsimile:   (602) 285-1486
E-mail:  pwhitaker@skw-law.com

Attorneys for Defendants New 4125 LLC, dba Scores Phoenix; 4125 LLC; and Cheetah Operations, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwen Brennan and Shayla Maynard, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>New 4125 LLC, dba Scores Phoenix; 4125, LLC; Cheetah Operations, LLC, and Michael Taraska,<br><br>Defendants. | No. 2:18-cv-01717-PHX-DWL<br><br>Defendants New 4125, LLC, dba Scores Phoenix; 4125, LLC, and Cheetah Operations, LLC's Answer to Second Amended Collective and Class Action Complaint |

Defendants New 4125 LLC, dba Scores Phoenix; 4125, LLC; and Cheetah Operations, LLC, by and through their undersigned counsel, hereby answer Plaintiffs' Second Amended Collective and Class Action Complaint ("Plaintiffs' Complaint") as follows:

**I.     SUMMARY.**

1.     Answering paragraph 1 to Plaintiffs' Complaint, Defendants New 4125 LLC, dba Scores Phoenix; 4125, LLC; and Cheetah Operations, LLC (the "Defendants") deny the allegations contained therein.

1

2. Answering paragraph 2 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

3. Answering paragraph 2 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

## II. SUBJECT MATTER JURISDICTION AND VENUE.

4. Answering paragraph 2 to Plaintiffs' Complaint, the Defendants admit the allegations contained therein.

5. Answering paragraph 5 to Plaintiffs' Complaint, the Defendants admit the allegations contained therein.

6. Answering paragraph 6 to Plaintiffs' Complaint, the Defendants admit the allegations contained therein.

7. The Defendants note there is no paragraph 7 contained in Plaintiffs' Complaint. The Defendants are therefore unable to respond to paragraph 7 of Plaintiffs' Complaint.

## III. PARTIES AND PERSONAL JURISDICTION.

8. Answering paragraph 8 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

9. Answering paragraph 9 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein based on a lack of information and belief.

10. Answering paragraph 10 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

11. Answering paragraph 2 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

12. Answering paragraph 12 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

13. Answering paragraph 13 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

14. Answering paragraph 14 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

15. Answering paragraph 15 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

16. Answering paragraph 16 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

17. Answering paragraph 17 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

18. Answering paragraph 18 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

**IV.    FLSA COVERAGE.**

19. Answering paragraph 19 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

20. Answering paragraph 20 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

21.     Answering paragraph 21 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

22.     Answering paragraph 22 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

23.     Answering paragraph 23 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

24.     Answering paragraph 24 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

25.     Answering paragraph 25 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

26.     Answering paragraph 26 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

27.     Answering paragraph 27 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

28.     Answering paragraph 28 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

29.     Answering paragraph 29 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

30.     Answering paragraph 30 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

31. Answering paragraph 31 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

32. Answering paragraph 32 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

33. Answering paragraph 33 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

34. Answering paragraph 34 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

35. Answering paragraph 35 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

36. Answering paragraph 36 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

37. Answering paragraph 37 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

38. Answering paragraph 38 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

**V.    FACTS.**

39. Answering paragraph 39 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

40. Answering paragraph 40 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

41. Answering paragraph 41 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

42. Answering paragraph 42 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

43. Answering paragraph 43 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

44. Answering paragraph 44 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

45. Answering paragraph 45 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

46. Answering paragraph 46 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

47. Answering paragraph 47 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

48. Answering paragraph 48 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

49. Answering paragraph 49 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

50. Answering paragraph 50 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

51. Answering paragraph 51 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

52. Answering paragraph 52 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

53. Answering paragraph 53 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

54. Answering paragraph 54 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

55. Answering paragraph 55 to Plaintiffs' Complaint, the Defendants admit the allegations contained therein.

56. Answering paragraph 56 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

57. Answering paragraph 57 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

58. Answering paragraph 58 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

59. Answering paragraph 59 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

60. Answering paragraph 60 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

61. Answering paragraph 61 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

62. Answering paragraph 62 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

63. Answering paragraph 63 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

64. Answering paragraph 64 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

65. Answering paragraph 65 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

66. Answering paragraph 66 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

67. Answering paragraph 67 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

68. Answering paragraph 68 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

69. Answering paragraph 69 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

70. Answering paragraph 70 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

STEGALL KATZ & WHITAKER, P.C.
531 EAST THOMAS ROAD, SUITE 102
PHOENIX, ARIZONA 85012
TELEPHONE NO 602-241-9221
FACSIMILE 602-285-1486

71. Answering paragraph 71 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

72. Answering paragraph 72 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

73. Answering paragraph 73 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

74. Answering paragraph 74 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

75. Answering paragraph 75 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

76. Answering paragraph 76 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

77. Answering paragraph 77 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

78. Answering paragraph 78 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

**VI.   EQUITABLE TOLLING.**

79. Answering paragraph 79 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

80. Answering paragraph 80 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

81. Answering paragraph 81 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

## VII. CAUSES OF ACTION.

### COUNT I
### VIOLATION OF THE FAIR LABOR STANDARDS ACT
### FAILURE TO PAY OVERTIME
### (COLLECTIVE ACTION)

82. The Defendants incorporate their answers to all allegations contained in paragraphs 1 through 81 above as though set forth in full herein.

83. Answering paragraph 83 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

84. Answering paragraph 84 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

### COUNT II
### VIOLATION OF THE FAIR LABOR STANDARDS ACT
### FAILURE TO PAY THE MINIMUM WAGE
### (COLLECTIVE ACTION)

85. The Defendants incorporate their answers to all allegations contained in paragraphs 1 through 84 above as though set forth in full herein.

86. Answering paragraph 86 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

87. Answering paragraph 87 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

### COUNT III
### VIOLATION OF ARIZONA MINIMUM WAGE ACT
### FAILURE TO PAY MINIMUM WAGE
### (CLASS ACTION)

88. The Defendants incorporate their answers to all allegations contained in paragraphs 1 through 87 above as though set forth in full herein.

89. Answering paragraph 89 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

### COUNT III [SIC]
### VIOLATION OF ARIZONA WAGE LAW
### FAILURE TO PAY WAGES DUE
### (CLASS ACTION)

90. The Defendants incorporate their answers to all allegations contained in paragraphs 1 through 89 above as though set forth in full herein.

91. Answering paragraph 91 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

### VIII. COLLECTIVE ACTION ALLEGATIONS

#### A. **FLSA Class Members**

92. Answering paragraph 92 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

93. Answering paragraph 93 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

94. Answering paragraph 94 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

95. Answering paragraph 95 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

96. Answering paragraph 96 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

97. Answering paragraph 97 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

98. Answering paragraph 98 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

99. Answering paragraph 99 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

100. Answering paragraph 100 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

101. Answering paragraph 101 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

102. Answering paragraph 102 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

103. Answering paragraph 103 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

104. Answering paragraph 104 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

105. Answering paragraph 105 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

106. Answering paragraph 106 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

### B. Arizona Class Action

107. The Defendants incorporate their answers to all allegations contained in paragraphs 1 through 106 above as though set forth in full herein.

108. Answering paragraph 108 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

109. Answering paragraph 109 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

110. Answering paragraph 110 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

111. Answering paragraph 111 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

112. Answering paragraph 112 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

113. Answering paragraph 113 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

114. Answering paragraph 114 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

115. Answering paragraph 115 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

116. Answering paragraph 116 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

117. Answering paragraph 117 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

118. Answering paragraph 118 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

## IX.   DAMAGES SOUGHT

119. Answering paragraph 119 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

120. Answering paragraph 120 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

121. Answering paragraph 121 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

122. Answering paragraph 122 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

123. Answering paragraph 123 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

124. Answering paragraph 124 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

125. Answering paragraph 125 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein.

126. Answering paragraph 126 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein because they state a legal conclusion.

127. Answering paragraph 127 to Plaintiffs' Complaint, the Defendants deny the allegations contained therein but allege the Defendants are entitled to their fees pursuant to ARS §§ 12-341, 12-341.01, and 23-364. Defendants also assert their claim is brought in violation of FRCP 11.

128. All allegations not expressly admitted are hereby denied.

129. Defendants demand strict proof of the allegations in the Second Amended Collective and Class Action Complaint.

## THE DEFENDANTS' AFFIRMATIVE DEFENSES

1. Failure to state a claim.

2. Statute of limitations and repose.

3. Laches.

4. Unclean hands.

5. Equitable estoppel.

6. Promissory estoppel.

7. In *pari delicto*.

8. Waiver.

9. Ratification.

10. Plaintiffs were not employees.

11. Plaintiffs were not licensed as erotic entertainers under applicable City of Phoenix regulations, a pre-condition of bringing the Complaint.

12. Any alleged "class" does not satisfy the criteria under FRCP 23.

13. No damages; any amounts actually received by the Plaintiffs from working at Scores exceeds any amounts allegedly due under their claims set forth in the Second Amended Collective and Class Action Complaint.

14. No causation.

15. Set-off and recoupment.

16. One or both Plaintiffs did not have permission to dance at Scores.

17. Plaintiffs' alleged damages are inadequate to proceed with alleged class certification.

18. Good faith.

19. Defendants reserve the right to assert other additional affirmative defenses as may be discovered or developed during the course of this action.

WHEREFORE, having fully answered Plaintiffs' Second Amended Collective and Class Action Complaint, the Defendants, New 4125 LLC, dba Scores Phoenix; 4125, LLC; and Cheetah Operations, LLC, pray as follows:

A. Dismissal of the Second Amended Collective and Class Action Complaint, with prejudice;

B. Reimbursement of Defendants' attorney's fees, out-of-pocket costs, and

taxable costs;

C. Post-judgment interest at the applicable legal rate; and

D. Any other and further relief the Court may determine to be just and fair.

Respectfully submitted this 11th day of June, 2019.

**STEGALL, KATZ & WHITAKER, P.C.**

By: _____/s  Philip B. Whitaker_____
      Philip B. Whitaker (011765)
      531 East Thomas Road, Suite 102
      Phoenix, Arizona   85012
      Telephone:  602-241-9221
      Email:  pwhitaker@skw-law.com
      Facsimile:  602-285-1486
      Attorneys for Defendants New 4125 LLC,
        dba Scores Phoenix; 4125 LLC; and
        Cheetah Operations, LLC

## CERTIFICATE OF SERVICE

This is to certify that on the 11th day of June, 2019, a copy of the foregoing instrument was served upon all parties via the Court's electronic case filing system and via regular United States mail:

Gabriel A. Assaad, Esq.
KENNEDY HODGES, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas  77006
Email: gassaad@kennedyhodges.com
Attorney for Plaintiff and Class Members

Michael Taraska
4125 North 7th Street
Phoenix, Arizona   85014
Defendant

By: _____/s/  Tara Contessa_____