Gabriel Assaad (Admitted *pro hac vice*)
gassaad@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No.
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwen Brennan and Shayla Maynard, Individually and on behalf of all others similarly situated,<br><br>v.<br><br>New 4125 LLC d/b/a Scores Phoenix, 4125 LLC, Cheetah Operations, LLC, and Michael Taraska, Individually,<br><br>Defendants. | Case No. 2:18-cv-01717-PHX-DWL<br><br>**Joint Notice of Settlement** |

Plaintiffs Kwen Brennan and Shayla Maynard, on behalf of themselves and on behalf of all others similarly situated, and Defendants, New 4125, LLC d/b/a Scores Phoenix, 4125 LLC, Cheetah Operations, LLC, and Michael Taraska, Individually (collectively the "Parties"), hereby notify the Court that the parties have reached an agreement to resolve this matter. The parties anticipate preparing and submitting a Stipulation to Dismiss the Action in the next thirty (30) days.

The Parties further request that the Court cancel the Discovery Dispute Hearing on October 16, 2019 at 3:30 PM, since there are no longer any discovery issues.

Dated this 15th day of October 2019.

Respectfully Submitted,

**KENNEDY HODGES, L.L.P.**

/s/ Samantha J. Rodriguez
Samantha J. Rodriguez
(Admitted *pro hac vice*)
srodriguez@kennedyhodges.com
Texas Bar No. 24078031
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**Attorney for Plaintiffs**

Dated: October 15, 2019

/s/Philip B. Whitaker
Philip B. Whitaker
Stegall, Katz & Whitaker, PC
531 E. Thomas Rd. #102
Phoenix, AZ 85012
pwhitaker@skw-law.com
Telephone: (602) 241-9221
Fax: (602) 285- 1486

**Attorney for Corporate Defendants**

Dated: October 15, 2019

/s/ Michael T. Taraska
Michael T. Taraska
4125 N. 7th St.
Phoenix, AZ 85014
taraska@gmail.com

**Defendant, Pro Per**

## CERTIFICATE OF SERVICE

I certify that on October 15, 2019 I filed this document on the District of Arizona CM/ECF system which will serve a true copy on all parties of record via electronic mail. Further a copy of this instrument is being served to Defendant Michael Taraska via email at taraska@gmail.com

*/s/ Samantha Rodriguez*
Samantha Rodriguez