# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwen Brennan, et al., | No. CV-18-01717-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| New 4125 LLC, et al., | |
| Defendants. | |

The Court having received notice that this case has settled (Doc. 88),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on November 15, 2019, with prejudice, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** vacating any pending hearings (including the October 16, 2019 discovery dispute hearing) and denying any pending motions (including those at Docs. 80 and Doc. 87) as moot.

Dated this 15th day of October, 2019.

Dominic W. Lanza
United States District Judge