1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

9

Kwen Brennan, et al.,

NO. CV-18-01717-PHX-DWL

10                    Plaintiffs,

**JUDGMENT OF DISMISSAL IN A**

11    v.

**CIVIL CASE**

12    New 4125 LLC, et al.,

13                    Defendants.

14

15        **Decision by Court.**   This action came for consideration before the Court.   The

16    issues have been considered and a decision has been rendered.

17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18    October 15, 2019, Plaintiff to take nothing, and the complaint and action are dismissed

19    with prejudice.

20                                           Brian D. Karth
                                             District Court Executive/Clerk of Court
21

22    December 5, 2019

23                                           s/ Rebecca Kobza
                                    By       Deputy Clerk
24
25
26
27
28